AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ABIZAHI GUARDUNO-RIVERA,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 119-148
(Formerly CR 116-034)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of June 24, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and Petitioner's Motion to Strike and Motion filed pursuant to 28 U.S.C. § 2255 are DENIED. The Court DENIES a COA in this case. Judgment is entered in favor of Respondent, UNITED STATES OF AMERICA, and this civil action stands CLOSED.

06/24/2020
Date



John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/1/03